FILED IN
1ST COURT OF APPEALS
HOUSTON TEXAS

JUN - 8 2015

CHRISTOPHER A. PRINE
CLERK

~ATTACHMENT~          TRIAL # 1428697

DUE TO THE FOLLOWING GROUNDS: 01-15-00274-CR

* CONSTITUTIONAL ERRORS (FEDERAL):
    I ~ INNSUFFIGENY OF COUNSEL: NEGLECT, DISTORTION
    II ~ PROSECUTORIAL MISCONDUCT: EXTORSION, DISTORTION
                                                    ETC.

* ERRONEOUS EVIDENTIARY RULING; HIDDEN LACK OF
EVIDENCE PRESENTED TO THE JUDGE. FALSE IMPRISONMENT

* STATUTORY VIOLATION; PENAL CODE VIOLATION

* UNSTABLE TESTIMONIES; INCONSISTENGIES AND
LEFT OUT TESTIMONIES

* UNSTABLE WITNESS; CONFESSING GUILT + PERJURY

* INSUFFICIENT EVIDENCE; DEFENDANTS INNOCENSE

* RULES VIOLATION; PROSECUTORS PERSONAL OPINIONS
                                                    ETC

* INVALID SEARCH; OVERLOOKED BASIC CIRCUMSTANCE

REQUIRED CONCLUSION:

I TUCKER, ERIC S. AKA. CARMON SEEKS THE
RELIEF OF AN EQUITAL RANGED TO A
MUCH LESSER CHARGE UNDER THESE CIRCUMSTANCES
                                            > > >



TUCKER, ERIC #1983465
ST#8060 FM 3514
BEAUMONT, TX 77705
4F31-49T

~CLERK~
FIRST COURT OF APPEALS
301 FANNIN ST
HOUSTON, TEXAS 77002-2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUN - 8 2015

CHRISTOPHER A. PRINE
CLERK

FOREVER USA

Generated By:

Generated On:

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN 10 2015

CHRISTOPHER A. PRINE
CLERK

CAUSE NO. 01-14-00109-CV

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE FIRST COURT OF APPEALS |
| V. | § | AT HOUSTON, TEXAS |
| JEFFREY STEVEN MARX | § | CAUSE NO. 01-14-00109-CV |
| | § | TRIAL COURT CAUSE NO. 7723. |

## MOTION TO CONSCRUE THIS BRIEF IN THE LIGHT OF HAINES V. KERNER,, 92 S.Ct. 594 SUPREME COURT CASE.

NOW COME, JEFFREY STEVEN MARX TDCJ-ID NO. 716623, AND WOULD REQUEST THIS FIRST COURT OF APPEALS CONSRCUE THIS BRIEF IN THE LIGHT OF HAINES V. KERNER, 92 s.cT. 594 AND WOULD SHOW THE FOLLOWING;

### I.

That Appellant is not skilled at Law or the Drafting of wirts and is not an attorney and should be entitled to review under less stringent standards of those performed by a skilled attorney and in HAINES V. KERNER, 92 S.CT. 594 the Supreme Court of the UNITED STATES rule this to be so and stated it should be the case for all who ar filing in the Courts and so Appellant would request that this Honorable First Court of Appeals give him the same consideration.

### II.

#### THIS IS THE SECOND TIME HE HAS FILED THIS WRIT.

OnApril 29, 2015 Appellant sent this Honorable Court of Appeals this his writand the Court should have recieved this writ and should have let Appellant know but has failed to do so and now he is typing it once more and hopes this time the First Court will give him notice they recieved this brief and have the Clerk send him notice that the brief has been filed and recieved.

Appellant sent Mr. Wiley B. McAfee Jr. a copy and has not heard from him either but does not have the supplies to keep doing this and would also request this Honorable Court have the Clerk send a Copy to him for him because he does not have the supplies and TDCJ will not give him what he needs to make the copies required to give more than one copy.

-1-

June 04, 2015.

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN 10 2015

CHRISTOPHER A. PRINE

CLERK _____

TO: THE FIRST COURT OF APPEALS

ATT: MR. CHRISTOPHER A. PRINE CLERK.

301 Fannin Street

Houston, Texas 77002-2066

RE: Case No. 01-14-00109-CV Motion to be filed and another copy of brief.

Greetings Mr. Prine;

I am sending this retyped copy of the first brief that I sent to you to have you file with the Court but, it seems you did not recieve it so I have made a typed copy of the first one I sent to your office and this time I hope you get this one and I would request that you please file this motion for me if you would please sir.

I would also request that you send me a copy of the Decket sheet the latestes one that is so I can see were the case is at this time and would once again request confermation you recieved this Brief and motion and have filed it.

I thank you for your time and efforts inadvance Mr. Prine have a good day sir.

I would also request that you send Casie Walker a Copy of this Brief and Motion and request she serve a copy on Mr. Wiley B. McAfee as well please so sir.

PS: My TYPEWRiTER
iS NoT woRKiNG
VeRy weLL
Please foRgive
Me.

sincerly requested.

SIGNATURE _____.

MR. Jeffrey Marx #716623.

ESTELLE HIGH SECURITY UNIT.
264 FM 3478 RD.
Huntsville, Texas 77320

FILED IN
1ST COURT OF APPEALS
HOUSTON TEXAS

JUN - 8 2015

CHRISTOPHER A. PRINE
CLERK

~ATTACHMENT~     TRIAL # 1428697

DUE TO THE FOLLOWING GROUNDS :  01-15-00274-CR

* CONSTITUTIONAL ERRORS (FEDERAL) :
    I ~ INNSUFFICIENY OF COUNSEL : NEGLECT, DISTORTION
    II ~ PROSECUTORIAL MISCONDUCT : EXTORSION, DISTORTION
                                                          ETC.

* ERRONEOUS EVIDENTIARY RULING ; HIDDEN LACK OF
    EVIDENCE PRESENTED TO THE JUDGE. FALSE IMPRISONMENT

* STATUTORY VIOLATION ; PENAL CODE VIOLATION

* UNSTABLE TESTIMONIES ; INCONSISTENGIES AND
    LEFT OUT TESTIMONIES

* UNSTABLE WITNESS ; CONFESSING GUILT + PERJURY

* INSUFFICIENT EVIDENCE ; DEFENDANTS INNOCENSE

* RULES VIOLATION ; PROSECUTORS PERSONAL OPINIONS
                                                          ETC

* INVALID SEARCH ; OVERLOOKED BASIC CIRCUMSTANCE

REQUIRED CONCLUSION :

I TUCKER, ERIC S. AKA CARMON SEEK THE
RELIEF OF AN EQUITAL RANGED TO A
MUCH LESSER CHARGE UNDER THESE CIRCUMSTANCES
                                                          > > >

USA
FOREVER

TUCKER, ERIC # 1983465

STILES 3060 FM 3514

BEAUMONT, TX 77705

4F31-49T

~CLERK~

FIRST COURT OF APPEALS

301 FANNIN ST

HOUSTON, TEXAS 77002-2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUN - 8 2015

CHRISTOPHER A. PRINE
CLERK

7700220ь599